## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 7, 2012

No. 11-20377

Lyle W. Cayce
Clerk

JOSYE BROOKTER,

Plaintiff - Appellant

v.

GC SERVICES, LIMITED PARTNERSHIP; DLS ENTERPRISES,
INCORPORATED; GC FINANCIAL CORPORATION,

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CV-3149

Before JOLLY, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

After reading the briefs, studying the record, and hearing the arguments of the parties, we are convinced that the district court committed no reversible error. Therefore, its judgment is

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.